[No. 34401-1-III.   Division Three.   April 11, 2017.]

SETH BURRILL PRODUCTIONS, INC., *Respondent*, v. REBEL CREEK TACKLE, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-2-01982-0, Salvatore F. Cozza, J., entered April 29, 2016. *Affirmed in part* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 76254-1-I.   Division One.   April 12, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JALEN SERQUINIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 16-8-01124-3, Roger Rogoff, J., entered November 29, 2016. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 34221-2-III.   Division Three.   April 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS AGUILAR, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 13-1-00605-1, Vic L. VanderSchoor, J., entered February 18, 2016. *Remanded with instructions* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Pennell, J.; Siddoway, J., dissenting in part.